UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                      :

  UNITED STATES OF AMERICA,                :

                                                                                       :

                                      -v-                                           :                     1:16-cr-740-GHW-1

                                                                                      :

  BRIAN MARTE,                                  :                       <u>ORDER</u>

                                                                                      :

                                                           Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A remote proceeding is scheduled in this matter on March 18, 2021 at 11:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 67812309#; PIN: 9921299#.

      SO ORDERED.

Dated: March 11, 2021
New York, New York

                                                                    GREGORY H. WOODS
                                                            United States District Judge